**BRAUN KENDRICK FINKBEINER P.L.C.**
4301 FASHION SQUARE BOULEVARD
SAGINAW, MICHIGAN 48603
TELEPHONE (989) 498-2100
FEDERAL ID #38-3204687

February 9, 2000
Invoice #      31090
I.D.   101184-27087

DENNIS J & JULIE M RHEM
4088 OLD PINE TR
MIDLAND, MI 48640

Re: ESTATE PLANNING

Services Rendered Through February 9, 2000

| Date | Description of Services |
|---|---|
| 10-12-99 | CONFERENCE WITH CLIENT RE: ESTATE PLANNING MATTER; FOLLOW-UP WORK ON SAME |
| 10-27-99 | DRAFT WILLS, GENERAL DURABLE POWERS OF ATTORNEY, DURABLE MEDICAL POWERS OF ATTORNEY, BILLS OF SALE, AND ASSET TRANSFER INFORMATION SHEETS; BEGIN WORK ON TRUST AGREEMENTS |
| 10-28-99 | REVIEW OF ESTATE PLANNING DOCUMENTS; MAKING CHANGES TO SAME |
| 10-28-99 | WORK ON TRUST AGREEMENTS |
| 11-01-99 | FINALIZE TRUST AGREEMENTS |
| 11-09-99 | REVIEW ESTATE PLANNING DOCUMENTS AND CORRESPONDENCE TO CLIENT RE: SAME |
| 01-06-00 | FINALIZE DOCUMENTS FOR EXECUTION |
| 01-17-00 | MEETING WITH CLIENT TO EXECUTE ESTATE PLANNING DOCUMENTS AND DISCUSS FUNDING |
| 01-17-00 | WORK ON TRUST FUNDING |
| 01-27-00 | PREPARATION OF LETTER TO CLIENT TRANSMITTING BOOKLETS AND TO REQUEST FUNDING DOCUMENTATION |

Total Fees    975.00

Current Fees              975.00

Current Due               975.00

Total Current Due         975.00



EXHIBIT 2
WIT: Horn
DATE: 5-27-10
MARIE PUCHEL, CSR, CRR

**BRAUN KENDRICK FINKBEINER P.L.C.**
4301 FASHION SQUARE BOULEVARD
SAGINAW, MICHIGAN 48603
TELEPHONE (989) 498-2100
FEDERAL ID #38-3204687

October 17, 2005
Invoice #     129863
I.D.    101184-27087

DENNIS J & JULIE M RHEM
4088 OLD PINE TR
MIDLAND, MI 48640


Re: ESTATE PLANNING

Services Rendered Through September 30, 2005

| Date | Description of Services |
|---|---|
| 04-21-05 | REVIEW FILE; CONFERENCE WITH CLIENT REGARDING UPDATE TO ESTATE PLAN; FOLLOW UP WORK ON SAME |
| 05-03-05 | DRAFT WILLS, AMENDMENTS TO TRUSTS, GENERAL DURABLE POWERS OF ATTORNEY, DURABLE MEDICAL POWERS OF ATTORNEY AND BILLS OF SALE |
| 05-05-05 | REVIEW FIRST DRAFT OF AMENDED ESTATE PLAN DOCUMENTS AND REVISE |
| 06-29-05 | TELEPHONE CALL FROM CLIENT RE: PURCHASE OF NEW CHARLEVOIX CONDO; REVIEW ESTATE PLAN FILE AND TRUST FUNDING; INTEROFFICE DISCUSSION WITH GREG DEMERS RE: ESTATE PLAN AND RETITLING CHARLEVOIX CONDOMINIUM |
| 06-29-05 | TELEPHONE CALL TO CLIENT RE: ESTATE PLAN STATUS AND REQUESTING COPY OF LEGAL DESCRIPTION FOR CHARLEVOIX CONDOMINIUM |
| 06-30-05 | PREPARATION OF LETTER TO CLIENT SENDING PROPOSED ESTATE PLAN AMENDMENTS FOR REVIEW |
| 07-05-05 | REVIEW ESTATE PLANNING DOCUMENTS AND FUNDING MATTERS |
| 09-20-05 | TELEPHONE CALL FROM CARL WHITE RE: HOW TO TITLE NEW ISSUE OF J.R. HEINEMAN STOCK |

Total Fees     515.00


Current Fees                              515.00

Current Due                               515.00

Total Current Due                         515.00

**BRAUN KENDRICK FINKBEINER P.L.C.**
4301 FASHION SQUARE BOULEVARD
SAGINAW, MICHIGAN 48603
TELEPHONE (989) 498-2100
FEDERAL ID #38-3204687

September 5, 2008
Invoice #    169037
I.D.    101184-27087

DENNIS J  & JULIE M RHEM
4088 OLD PINE TR
MIDLAND, MI 48640


Re: ESTATE PLANNING

Services Rendered Through August 31, 2008

| Date | Description of Services |
|---|---|
| 08-04-08 | RECEIVE TELEPHONE CALL FROM CLIENT IN CONNECTION WITH CERTIFICATE OF TRUST EXISTENCE AND AUTHORITY NEEDED IN CONNECTION WITH SALE OF RESIDENCE; FOLLOW-UP WORK RE SAME |
| 08-11-08 | WORK ON CERTIFICATE OF TRUST EXISTENCE AND AUTHORITY AND E-MAIL SAME TO LINDA AT FIRST AMERICAN TITLE |

Total Fees          139.50


Current Fees                     139.50

Current Due                                139.50

Total Current Due                          139.50