**BRAUN KENDRICK FINKBEINER P.L.C.**
4301 FASHION SQUARE BOULEVARD
SAGINAW, MICHIGAN 48603
TELEPHONE (989) 498-2100
FEDERAL ID #38-3204687



EXHIBIT 3
WIT: Horn
DATE: 5-27-10
MARIE PUCHEL, CSR, CRR

July 15, 2008
Invoice #   167176
I.D.   38630-23276

J R HEINEMAN & SONS INC
3562 RIDGECREST DR
MIDLAND, MI 48642

Re: GENERAL

Services Rendered Through June 30, 2008

| Date | Description of Services | Atty | Amount |
|---|---|---|---|
| 06-02-08 | SMITH ELECTRIC: CONFERENCE WITH G. SMITH AND CLIENT REGARDING MISSED INSTALLMENT PAYMENT | CWH | 88.00 |
| 06-02-08 | SMITH: TELEPHONE CALL TO COURT TO SCHEDULE DEBTOR DISCOVERY EXAM; PREPARATION OF DEBTOR DISCOVERY SUBPOENA; CORRESPONDENCE TO COURT | SJD | 34.50 |
| 06-03-08 | RIO RANCHO: CONFERENCE WITH CLIENT REGARDING PREVIOUS PAYMENT BY SURVEYOR TO AUTOZONE; REVIEW ADDITIONAL DOCUMENTS FORWARDED BY CLIENT | CWH | 110.00 |
| 06-04-08 | REVIEW BUY-SELL AGREEMENT AND OPERATING AGREEMENT REGARDING DISPOSITION OF SHAREHOLDER AND MEMBER INTEREST | TLC | 150.00 |
| 06-06-08 | WORK IN CONNECTION WITH DOJ MATTER | CWH | 220.00 |
| 06-10-08 | MEETING WITH DENNIS REGARDING DOJ ISSUE; WORK IN CONNECTION WITH SAME | CWH | 330.00 |
| 06-12-08 | RIO RANCHO: TELEPHONE CALL FROM ATTORNEY ROBINSON REGARDING STATUS | CWH | 44.00 |
| 06-12-08 | CONFERENCE WITH KARL REGARDING CORPORATE MATTER; CONFERENCE WITH DENNIS REGARDING SAME | CWH | 176.00 |
| 06-12-08 | SMITH: LOCATE PROCESS SERVER IN CLARE COUNTY; TELEPHONE CALL TO PROCESS SERVER; CORRESPONDENCE TO PROCESS SERVER | SJD | 34.50 |
| 06-13-08 | CONFERENCE WITH D. RHEM, ATTORNEY BROWN AND REMAINING SHAREHOLDERS REGARDING RHEM RESIGNATION; WORK IN CONNECTION WITH SAME | CWH | 286.00 |
| 06-16-08 | REVIEW CORRESPONDENCE FROM DENNIS AND CONFERENCE WITH DAN REGARDING CORPORATE ISSUES | CWH | 110.00 |
| 06-17-08 | CONFERENCE WITH DAN AND KARL REGARDING CORPORATE ISSUES; WORK IN CONNECTION WITH SAME | CWH | 220.00 |

# BRAUN KENDRICK FINKBEINER P.L.C.

July 15, 2008
I.D.    38630-23276
Invoice #   167176
Page          2

J R HEINEMAN & SONS INC
Re: GENERAL

Services Rendered Through June 30, 2008

| Date | Description of Services | Atty | Amount |
|---|---|---|---|
| 06-17-08 | REVIEW EEO POLICY AND RECOMMEND UPDATES | EEC | 205.00 |
| 06-23-08 | CONFERENCE WITH DENNIS, KARL AND DAN REGARDING CORPORATE ISSUES | CWH | 220.00 |
| 06-25-08 | PMI: CONFERENCE WITH ATTORNEY ROBINSON REGARDING POTENTIAL CLAIM AGAINST NIELSON | CWH | 44.00 |
| 06-26-08 | PMI: DRAFT MEMORANDUM TO CLIENT REGARDING NIELSON CLAIM; REVIEW ADDITIONAL DOCUMENTS FORWARDED BY CLIENT AND FORWARD DOCUMENTS TO ATTORNEY ROBINSON WITH COVER MEMORANDUM | CWH | 220.00 |
| 06-26-08 | SMITH: CONFERENCE WITH KARL REGARDING POTENTIAL AGREEMENT TO ACCEPT INSTALLMENT PAYMENTS | CWH | 44.00 |
| 06-27-08 | REVIEW CORRESPONDENCE FROM NATIONAL CITY AND CONFERENCE WITH DAN REGARDING CORPORATE MATTERS | CWH | 110.00 |
| 06-30-08 | DRAFT MEMORANDUM TO NATIONAL CITY REGARDING THEIR QUESTIONS; CONFERENCE WITH DAN REGARDING M. EMMENECKER OBLIGATION AND REVIEW CORRESPONDENCE FROM DAN REGARDING SAME | CWH | 176.00 |

Total Fees    2,822.00

| Date | Disbursement Description | Amount |
|---|---|---|
| 06-02-08 | SUBPOENA FEES; ISABELLA COUNTY CLERK | 15.00 |
| 06-12-08 | WITNESS & MILEAGE FEES; GARY SMITH | 20.34 |

Total Disbursements    35.34

Current Fees            2,822.00
Current Disbursements      35.34
Current Due                            2,857.34
Total Current Due                      2,857.34